UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES R. VADEN, III, | ) |
|       Plaintiff, | ) |
| v. | ) No. 3:06-0142 |
| | ) Judge Echols |
| GAP, INC., | ) |
|       Defendant. | ) |

## ORDER

As stated in the Memorandum issued contemporaneously herewith, the Court rules as follows:

(1) Defendant's Motion To Strike Plaintiff's Responses To Defendant's Statement of Undisputed Material Facts (Docket Entry No. 34) is hereby GRANTED.

(2) Defendant's Motion For Summary Judgment (Docket Entry No. 26) is hereby GRANTED.

(3) This case is hereby DISMISSED WITH PREJUDICE.

(4) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE